FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

06 NOV -8 PM 1: 33

STEPHEN R. LUDWIG, CLERK
U.S. DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | **INDICTMENT** |
| | ) | (Six Counts) |
| v. | ) | |
| | ) | 18 U.S.C. § 922(a)(6) |
| LEKEALON HARBOR | ) | 18 U.S.C. § 922(g)(3) |
| | | 18 U.S.C. § 922(g)(9) |
| | | 18 U.S.C. § 922(n) |
| | | 18 U.S.C. § 924(a)(2) |

3:06CR0139AS

**THE GRAND JURY CHARGES**:

**Count 1**

On or about May 13, 2004, in the Northern District of Indiana,

**LEKEALON HARBOR,**

defendant herein, in connection with the acquisition of a firearm from a licensed firearms dealer, Midwest Gun Exchange, of Mishawaka, Indiana, knowingly made one or more false and fictitious written statements that were intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of a firearm under chapter 44 of Title 18, specifically that he had never been convicted in any court of a misdemeanor crime of domestic violence, when in fact he had.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

1

**THE GRAND JURY FURTHER CHARGES:**

### Count 2

On or about January 25, 2006, in the Northern District of Indiana,

**LEKEALON HARBOR,**

defendant herein, having been convicted of a misdemeanor crime of domestic violence, knowingly possessed in and affecting commerce a firearm, which had previously been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(9) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

## Count 3

On or about May 5, 2006, in the Northern District of Indiana,

**LEKEALON HARBOR,**

defendant herein, in connection with the acquisition of a firearm from a licensed firearms dealer, Midwest Gun Exchange, of Mishawaka, Indiana, knowingly made one or more false and fictitious written statements that were intended and likely to deceive the licensed dealer as to a fact material to the lawfulness of the acquisition of a firearm under chapter 44 of Title 18, specifically that he was not a user of or addicted to marijuana, any narcotic drug, or any controlled substance when in fact he was; that he was not under indictment or information in any court for a felony, or any other crime, for which the judge could imprison him for more than one year, when in fact he was; and that he had never been convicted in any court of a misdemeanor crime of domestic violence, when in fact he had.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES**:

### Count 4

On or about May 5, 2006, in the Northern District of Indiana,

**LEKEALON HARBOR,**

defendant herein, then being under indictment or information for a crime punishable by imprisonment for a term exceeding one year, knowingly received a firearm which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(n) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES**:

## Count 5

On or about May 12, 2006, in the Northern District of Indiana,

**LEKEALON HARBOR,**

defendant herein, having been convicted of a misdemeanor crime of domestic violence, knowingly possessed in and affecting commerce a firearm, which had previously been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(9) and 924(a)(2).

**THE GRAND JURY FURTHER CHARGES:**

### Count 6

On or about May 12, 2006, in the Northern District of Indiana,

**LEKEALON HARBOR,**

defendant herein, then being an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, knowingly possessed in and affecting commerce one or more firearms, which had previously been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 922(g)(3) and 924(a)(2).

## FORFEITURE ALLEGATION

Upon conviction of any of the offenses in Counts 1 through 6 of the Indictment,

**LEKEALON HARBOR,**

defendant herein, shall forfeit to the United States of America pursuant to 18 U.S.C. § 924(d) all firearms and ammunition involved in the commission of the offense(s), including but not limited to the following:

    Smith & Wesson, pistol, model SW40C, 40 caliber, serial number PAK4832

    HiPoint, pistol, model C9, 9mm, serial number P222098

    Bryco Arms, Jennings, model T380, .380 caliber, serial number 1427231

A TRUE BILL:

s/Grand Jury Foreperson
Grand Jury Foreperson

JOSEPH S. VAN BOKKELEN
UNITED STATES ATTORNEY

By:   s/Jesse M. Barrett
       Jesse M. Barrett
       Assistant United States Attorney